## SMITH Exrx etc v STEVENSON Admr etc

Ohio Appeals, 3rd Dist, Hardin Co
No 222. Decided March 25, 1930

Stickle & Cessna, Kenton, for Smith.
John H. Smick, Kenton, for Stevenson.

**HUGHES, J.**

By the terms of his will, it is made very clear that this expense was to be made a charge against his estate, and we entertain no doubt but that she is entitled to at least a judgment against his administrator requiring the allowance of this claim as a valid one against his estate.

The manner in which this claim will be paid and the property out of which the same shall be realized, is a matter to be worked out in the probate court by the administrator of his estate.

For these reasons, the demurrer should be overruled.

Before Judgese Hughes, Justice and Crow.